IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES BERNARD WRIGHT,

    Petitioner,

v.                                                        No. 23-cv-00789-JCH-KRS

ATTORNEY GENERAL FOR THE
STATE OF NEW MEXICO, BOARD OF
COUNTY COMMISSIONERS OF
BERNALILLO COUNTY, FNU JONES,

    Respondents.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte* upon review of the docket.

Petitioner James Bernard Wright commenced this case on September 14, 2023, by filing a Petition under 28 U.S.C. § 2254 for habeas relief. (Doc. 1). At the time, Wright was incarcerated in the Bernalillo Metropolitan Detention Center ("MDC"), which remains his address of record. Mail sent to Wright at MDC was returned as undeliverable on March 1, 2024. (Doc. 6). The MDC website shows that Wright is no longer in custody, but he has not provided a current address as required by D.N.M. LR-Civ. 83.6.  *See* https://gtlinterface.bernco.gov/custodylist/ (last visited March 22, 2024).

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed.  The failure to timely comply will result in dismissal without further notice.

                                                                       UNITED STATES MAGISTRATE JUDGE